NO. 03-14-00401-CR : PD-1211-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

JOHNNY FLORES NAVARRO,
V.
THE STATE OF TEXAS.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

FROM APPEAL NO. 03-14-00401-CR :
TRIAL CAUSE NO. A-13-0417-SA :
TOM GREEN COUNTY.

FIRST MOTION FOR EXTENTION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW:

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS,

COMES NOW, JOHNNY FLORES NAVARRO, PETITIONER,
AND FILES THIS MOTION FOR AN EXTENSION
OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION
FOR DISCRETIONARY REVIEW.

IN SUPPORT OF THIS MOTION, APPELLANT SHOWS
THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE 51ST COURT

(MOTION) PG. 1.

OF TOM GREEN COUNTY, TEXAS OF THE OFFENSE OF ASSAULT/FAMILY VIOLENCE/IMPEDING BREATH OR CIRCULATION, A THIRD-DEGREE FELONY. THE CHARGE WAS ENHANCED TO HABITUAL STATUS BY TWO PRIOR FELONY CONVICTIONS, IN CAUSE NO. A-13-0417-SA, STYLED STATE OF TEXAS VS. JOHNNY FLORES NAVARRO. THE PETITIONER APPEALED TO THE COURT OF APPEALS, THIRD SUPREME JUDICIAL DISTRICT.

THE CASE WAS AFFIRMED ON AUGUST 28, 2015.

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS OCTOBER 28, 2015, THIRTY DAYS OF THE DATE OF THE JUDGEMENT OF THE COURT OF APPEALS. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS FROM APPELLANT ATTORNEY IN AFFIRMING HIS CASE UNTIL SEPTEMBER 9, 2015. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON APPEAL, JIMMY STEWART, IS NOT REPRESENTING HIM ON THE

(MOTION) PG. 2.

PETITION FOR DISCRETIONARY REVIEW. PETITIONER IS VERY LIMITED IN KNOWLEDGE OF CRIMINAL LITIGATION, IS ALLOWED TWO HOURS A DAY IN THE UNIT LAW LIBRARY. WHEREFORE, PETITIONE PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CASE NO. 03-14-00401-CR TO SIXTY DAYS.

Johnny Flores Navarro
PETITIONER, PRO SE
T.D.C.J. # 1931583, Tulia UNIT, N-3.
4000 HWY. 86 - WEST
Tulia, TEXAS 79088

## CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE, MR. JOHN BEST, AT 119th JUDICIAL DISTRICT COURT, 124 W. BEAUREGARD, SUITE B, SAN ANGELO, TEXAS 76903, AND TO THE STATE PROSECUTOR ATTORNEY, P.O. BOX 72405T 13046, AUSTIN, TEXAS 78711.

(MOTION) PG. 3.

Johnny Flores Navarro
PETITIONER, PRO SE

I, Johnny Flores Navarro, T.D.C.J.,-I.D. # 1931583, being presently incarcerated in the Tulia Unit at the Texas Department of Criminal Justice— Institutional Division, in Swisher County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 9th day of ~~Oct~~ September, 2015.

Johnny Flores Navarro
PETITIONER, PRO SE
# 1931583, T.D.C.J.-I.D.

(Motion) Pg. 4.